UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| TIMOTHY D. EYTON, | ) | Case No.: CIV. 11-5080 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **NOTICE OF DISMISSAL** |
| v. | ) | |
| | ) | |
| STEELE COLLISION, INC. AND JAY A. STEELE, | ) ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

**PLEASE TAKE NOTICE THAT** the plaintiff in the above-captioned action, hereby dismisses this action, including plaintiff's complaint, on its merits, with prejudice, and without costs or further notice to the parties. No answer or motion for summary judgment has been filed by the defendants and this notice is made pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated this 30th day of December, 2011

GUNDERSON, PALMER, NELSON
& ASHMORE, LLP


By:/s/Rebecca L. Mann
Rebecca L. Mann
P.O. Box 8045
Rapid City, SD  57709
Telephone: (605) 342-1078
Telefax:  (605) 342-9503
E-mail:  rmann@gpnalaw.com

1

## **CERTIFICATE OF SERVICE**

      I hereby certify on December 30, 2011, a true and correct copy of Notice of Dismissal was served in the manner set forth below

                  X    U.S. Mail
                       Overnight Delivery
                       Hand Delivery
                       Facsimile

upon the following individuals:

Tracy L. Kelley
Tracy L. Kelley Law Office
P. O. Box 552
Custer, SD 57730-0552
E-mail: tkelley814@yahoo.com

                                                  By:/s/Rebecca L. Mann
                                                    Rebecca L. Mann